## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Western District of Texas

Case Number: 5:25-CV-01929-JKP-RBF

Plaintiff:
**DANIEL AUSTIN**

vs.

Defendant:
**BAJRAMI GROUP, INC.**

For:
CHASE LAW & ASSOCIATES, P.A.
1141 71ST STREET
MIAMI BEACH, FL 33141

Received by Lightning Legal Couriers on the 23rd day of February, 2026 at 8:29 pm to be served on **BAJRAMI GROUP, INC. C/O LEGALINC CORPORATE SERVICES INC. REGISTERED AGENT, 131 CONTINENTAL DRIVE, SUITE 305, NEWARK, DE 19791.**

I, STEPHEN A. KEMPSKI, do hereby affirm that on the **25th day of February, 2026 at 9:58 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH EXHIBIT "A"** with the date and hour of service endorsed thereon by me, to: **KAT PEARSALL AS DOCUMENT SPECIALIST FOR LEGALINC CORPORATE SERVICES INC.**as REGISTERED AGENT for **BAJRAMI GROUP, INC.**, at the address of: **131 CONTINENTAL DRIVE, SUITE 305, NEWARK, DE 19791**, and informed said person of the contents therein, in compliance with state statutes.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

STEPHEN A. KEMPSKI
09-58-A

**Lightning Legal Couriers**
9280 SW 64 Street
Miami, FL 33173
(786) 286-4167

Our Job Serial Number: LTN-2026002426

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V8.0e

AO 440 (Rev. 06/12) Summons in a Civil Action

2/25/26 9:58AM

# UNITED STATES DISTRICT COURT

9AK 09-58-A

for the

Western District of Texas

| | | |
|---|---|---|
| DANIEL AUSTIN, | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 5:25-cv-01929-JKP-RBF |
| | ) | |
| BAJRAMI GROUP, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BAJRAMI GROUP, INC.
c/o LEGALINC CORPORATE SERVICES INC. (Registered Agent)
131 CONTINENTAL DRIVE
SUITE 305
NEWARK, DE 197913

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kenneth E. Chase
Chase Law & Associates, PA
951 Yamato Road, Suite 280
Boca Raton, FL 33431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date: 01/30/2026

Signature of Clerk or Deputy Clerk



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  5:25-cv-01929-JKP-RBF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: