IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DANIEL AUSTIN, | § | |
| *Plaintiff,* | § § § | 5:25-CV-01929-JKP-RBF |
| vs. | § § § | |
| BAJRAMI GROUP, INC., A DELAWARE CORPORATION; | § § § | |
| *Defendant.* | § § § § | |

### ORDER RESCHEDULING INITIAL PRETRIAL CONFERENCE

Before the Court is the status of the above-referenced case, which the District Judge referred for resolution of all nondispositive pretrial matters, pursuant to Rule CV-72 and Appendix C of the Local Rules of the United States District Court for the Western District of Texas. *See* Dkt. No. 3.

**IT IS ORDERED** that the Initial Pretrial Conference previously scheduled for April 16, 2026, at 1:30 PM, *see* Dkt. No. 8, is rescheduled to **April 23, 2026, at 1:30 PM**. All parties are **required to appear by Zoom** for the hearing. The information to join the hearing is as follows:

Join ZoomGov Meeting: https://txwd-uscourts.zoomgov.com/j/1600078256

Meeting ID: 160 007 8256

The parties must check in, no later than 5 minutes before the start of the hearing, with the Courtroom Deputy.

The Parties are advised that all other deadlines set by the Court in the Order setting the Initial Pretrial Conference remain in effect. The Parties are still required to confer and submit a

Rule 26(f) Report and scheduling recommendations as previously ordered by the Court in the Order setting the Initial Pretrial Conference. *See* Dkt. No. 8.

**IT IS SO ORDERED**.

**SIGNED** this 26th day of March, 2026.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE

2